UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EEFROM JONES, | ) | CASE NO. CV 14-00086-DOC (PJW) |
| Plaintiff, | ) ) | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, |
| v. | ) ) | AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| LVN GRANT, | ) ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion for summary judgment, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has expired and no objections have been filed. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that Defendant's motion for summary judgment is granted and the case is dismissed with prejudice.

DATED: October 28, 2016

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Users\dgoltz\AppData\Local\Temp\notes6D5FA7\Order accept r&r.wpd