JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EEFROM JONES, | ) | CASE NO. CV 14-00086-DOC(PJW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| LVN GRANT, | ) | |
| Defendant. | ) | |

Pursuant to the Order accepting the Report and Recommendation,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: October 28, 2016

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

S:\PJW\ Cases-Civil Rights\ JONES CV 14-86.wpd